**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIONICIO GALINDO CASTANEDA<br>Petitioner,<br>v.<br>WARDEN, DELANEY HALL DETENTION FACILITY; et al.,<br>Respondents. | Case No.: 26-cv-4340-BJC-VET<br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT** |

On July 9, 2026, Petitioner Dionicio Galindo Castaneda filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241 in the District of New Jersey. ECF No. 1. On July 27, 2026, the case was transferred to this district. ECF No. 9.

On September 16, 2026, an Immigration Judge granted Petitioner's request for voluntary departure. On September 24, 2026, Respondents filed a Notice of Intent to Execute Removal Order. ECF No. 13. On October 7, 2026, Respondents filed a status report stating that Petitioner was removed to Mexico. ECF No. 14. In light of the above, the Court **DENIES** the Petition as moot. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: October 6, 2026

Honorable Benjamin J. Cheeks
United States District Judge